# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORRIS WILLIAMS,             )<br>                              )<br>            Plaintiff,      )<br>                              )<br>       v.                    )<br>                              )<br>U.S. DEPARTMENT OF JUSTICE,  )<br>                              )<br>            Defendant.      )<br>                              ) | Civil Action No. 19-0104 (RBW) |

## STATUS REPORT AND MOTION FOR A BRIEFING SCHEDULE

Defendant United States Department of Justice, and its sub-component the Drug Enforcement Agency ("DEA") submits this status report pursuant to the Court's Scheduling Order of March 22, 2019, as follows:

Plaintiff's January 15, 2018, Freedom of Information Act ("FOIA") and Privacy Act ("PA") request sought all records about himself from the DEA related to his criminal case (15-cr-00149). The DEA conducted a search and located twenty-five (25) potentially responsive files. One of the files was connected to Plaintiff's criminal case and that case was retrieved. Williams was not the subject of the file, but forty-six (46) pages were responsive. On May 2, 2018, the DEA responded to Williams informing him the documents were being withheld in full pursuant to exemption 7(A).

Defendant suggests the following proposed briefing schedule, which considers undersigned counsel's and agency counsel's caseloads and schedules, along with the requirement that undersigned counsel consult with the DEA to provide declarations, as appropriate:

Defendant's motion for summary judgment:   May 17, 2019

Plaintiff's Opposition:   June 18, 2019

Defendant's Reply:   July 1, 2019

.

    Respectfully submitted,

    JESSIE K. LIU
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 472845

    DANIEL F. VAN HORN, D.C. Bar No. 924092
    Chief, Civil Division

    /s/ *Rhonda L. Campbell*
    RHONDA L. CAMPBELL
    D.C. Bar No. 46240
    Assistant United States Attorneys
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 252-2559
    Rhonda.campbell@usdoj.gov

    *Counsel for United States*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Report and Motion has been made by first-class mail on March 28, 2019, to:

NORRIS WILLIAMS
R33221-018
FCI COLEMAN MEDIUM
P.O. Box 1032
Coleman, FL 33521-1032

Prose Plaintiff

                                              /s/
                                         Rhonda L. Campbell
                                         Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORRIS WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-0104 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| Defendant. | ) |

**ORDER [Proposed]**

Upon consideration of Defendant's Motion for a Briefing Schedule, it is hereby

**ORDERED** that Defendant's Motion is GRANTED; it is

**FURTHER ORDERED** the following briefing schedule:

Defendant's motion for summary judgment:   May 17, 2019

Plaintiff's Opposition:     June 18, 2019

Defendant's Reply:    July 1, 2019


Dated this       day of _    , 2019.


_____
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**