#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS WILIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 19-0104 (RBW) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| | ) | |

### **DEFENDANT'S STATUS REPORT**

Pursuant to this Court's July 1, 2020, Minute Order, Defendant United States Department of Justice ("DOJ"), and its sub-component Drug Enforcement Administration ("DEA" collectively "Defendant"), by and through undersigned counsel, submit this status report.  Undersigned counsel has not communicated with Plaintiff regarding this motion due to his incarceration.

As previously explained, in reprocessing the originally withheld pages, DEA determined that additional records existed that had not been received from its Miami office, which possessed the file responsive to Plaintiff's request. DEA has since received the entire file and has completed processing the records. Because of Plaintiff's status, the records cannot be electronically transmitted to him but must, instead, be printed out and mailed – a requirement complicated by the COVID-19 pandemic.  However, on June 30, 2020, a FOIA staff member was able to enter the office and transmit several outstanding packages to waiting requesters, including Plaintiff.

Defendant respectfully requests that Plaintiff be given an opportunity to (1) confirm receipt of the materials; (2) raise any outstanding issues; (3) indicate whether he is satisfied with the production and prepared to dismiss the matter; or (4) identify any bases he contests such that the briefing of summary judgment, if necessary, can be narrowed to  that which is genuinely in dispute.

WHEREFORE, Defendant request that Plaintiff submit a status report address the aforementioned issues on or before November 15, 2020.

Date:  September 15, 2020                      Respectfully submitted,

                                                       MICHAEL R. SHERWIN
                                                      Acting United States Attorney

                                                      DANIEL F. VAN HORN, D.C. Bar # 924092
                                                      Chief, Civil Division

By:    *John Moustakas*
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2518
        Email: john.moustakas@usdoj.gov

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Motion has been made by first-class mail on February 21, 2020, to:

NORRIS WILLIAMS
R33221-018
FCI COLEMAN MEDIUM
P.O. Box 1032
Coleman, FL 33521-1032

*Pro se* Plaintiff

                                        /s/   John Moustakas
                                        John Moustakas
                                        Assistant United States Attorney