UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORRIS WILLIAMS,        )<br>                                       )<br>            Plaintiff,           )<br>                                       )<br>        v.                           )<br>                                       )<br>DEPARTMENT OF JUSTICE, )<br>                                       )<br>            Defendant.         )<br>                                       ) | Civil Action No. 19-104 (RBW) |

**<u>ORDER</u>**

      The plaintiff, who currently is incarcerated at the Federal Correctional Institution in Coleman, Florida, filed this action under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, seeking information maintained by the Drug Enforcement Administration ("DEA"). On January 8, 2020, the Court granted in part and denied in part without prejudice the defendant's summary judgment motion. Pursuant to the Court's ruling, the defendant was required to release all responsive records to the plaintiff in full by February 21, 2020, or file a renewed summary judgment motion regarding its compliance with the FOIA. The Court subsequently granted the defendants extensions of time to comply with its ruling, and according to the defendant's September 15, 2020 status report, the DEA mailed responsive records to the plaintiff on June 30, 2020.

      On September 16, 2020, the Court issued a Minute Order directing the plaintiff to confirm receipt of the records the DEA mailed to him and to indicate whether he challenges the DEA's response to his FOIA request. If so, the plaintiff was to identify the basis for his challenge, and the Court would have set a schedule for the filing of additional dispositive motions. If not, the plaintiff was to file a notice of voluntary dismissal. The Court set November

6, 2020, as the deadline for the plaintiff's response, and advised that the plaintiff's failure to file a timely report or notice may result in dismissal of this action without further notice for failure to prosecute.

To date, the plaintiff has not filed a report or notice, or requested more time to comply with the September 16, 2020 Minute Order. Accordingly, the Court will dismiss the complaint and this civil action without prejudice for failure to prosecute.

It is hereby

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE for failure to prosecute; and it is

FURTHER ORDERED that the Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: November 25, 2020          /s/
                                 REGGIE B. WALTON
                                 United States District Judge