UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-104 (RBW) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

The plaintiff, who currently is incarcerated at the Federal Correctional Institution in Coleman, Florida, filed this action under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, seeking information maintained by the Drug Enforcement Administration ("DEA"). On January 8, 2020, the Court granted in part and denied in part without prejudice the defendant's summary judgment motion. By February 21, 2020, the defendant was to release responsive records to the plaintiff in full or file a renewed summary judgment motion regarding its compliance with the FOIA. The Court since has granted the defendant extensions of time, and according to the defendant's September 15, 2020 status report, the DEA mailed responsive records to the plaintiff on June 30, 2020.

On September 16, 2020, the Court issued a Minute Order directing the plaintiff to confirm receipt of the records the DEA mailed to him and to indicate whether he challenges the DEA's response to his FOIA request. The Court set November 6, 2020, as the deadline for the plaintiff's response, and advised that the plaintiff's failure to file a timely report or notice may result in dismissal of this action without further notice for failure to prosecute. The plaintiff neither filed timely his report or notice, nor requested more time to comply with the September

16, 2020 Minute Order. On November 25, 2020, the Court dismissed the complaint and this civil action without prejudice for failure to prosecute.

Now before the Court is the plaintiff's recent submission titled "Pursuant to Federal Rules of Civil Procedure Rule 15," construed as a motion for an extension of time (ECF No. 28, "Pl.'s Mot."). The plaintiff asks the Court "to amend his pending 'Status Report' due to the ruling on [his] § 2255 motion in Criminal Case No. 2:15-CR-00149-SPC-MRM . . . [b]ecause the evidence that's being withheld affects [his] Brady violation claims in the Middle District of Florida." Pl.'s Mot. at 1 (emphasis removed). The plaintiff neither proposes a new deadline for his status report nor explains how the proceedings in the Middle District of Florida pertain to this FOIA action. The Court will deny the plaintiff's motion without prejudice. If the plaintiff intends to pursue this matter, he may file motions to reopen this case and for an extension of time to file a status report.

It is hereby

ORDERED that the plaintiff's motion for an extension of time [28] is DENIED WITHOUT PREJUDICE.

SO ORDERED.


DATE: January 5, 2021          /s/
                               REGGIE B. WALTON
                               United States District Judge