UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEAVE TO FILE GRANTED.
*/s/ Reggie B. Walton*
United States District Judge
February 4, 2021

NORRIS WILLIAMS,
   Plaintiff,

v.                                      CASE NO. 19-0104 (RBW)

U.S. DEPARTMENT OF JUSTICE,
   Defendant.
_____/

## MOTION TO REOPEN THIS CASE FOR AN EXTENSION OF TIME TO FILE HIS STATUS REPORT BASED ON AN INCIDENTAL LACK OF COMMUNICATION

**COMES NOW**, Plaintiff, files this motion pro-se. Plaintiff is a layman of the law, unskilled in the law, and therefore, requests that this motion be construed liberally. **Haines v. Kerner**, 404 U.S. 519 (1972).

Plaintiff states the following reasons for this motion to reopen his case for a Status Report, and extension of time, from the Honorable Court:

1) Plaintiff, sent the Honorable Court the Status Report, but it may not have reached the Honorable Court because the correctional officers at first did not wish to touch even the

inmates mail because of COVID-19 virus, plus, Plaintiff is on 24 hour a day lock down; and therefore, has to depend on the correctional officers to pick up his mail, and they (correctional officers) have been holding up the mail for days and weeks, and months at a time, because they were caught doing so already. There is no movement at all in the prison from inmates because of COVID-19. Therefore Plaintiff can never be absolutely certain that his mail will be delivered.

2) Plaintiff states that his new **Brady** Discovery information is as follows: On January 8th, 2020, the Honorable Judge ordered the Defendant to turn over all documents in its entirety; the "Defendant shall release all responsive records to the Plaintiff in full." But the Defendant has only sent in part of Documents. Defendant has sent 251 pages, but still withholding 51 pages and six (6) videos of the documents.

3) Plaintiff's Status Report is all as follows: Please, see Attachment "A" (Plaintiff's Status Report, motion that was mailed by Plaintiff to the Court but never received).

4) Plaintiff's reconsideration motion and motion that he sent the very first time is enclosed.

5) Plaintiff requests a Time Extension from this Honorable Court to therefore, reopen his Status Report, based on all of the above stated information. Plaintiff sincerely hopes that this Honorable Court will honor his request to reopen this case based upon all of the above stated reasons in this motion for an Extension of Time, and to allow more **Brady** Discovery

information and for Plaintiff's Status Report. All of this information is presently now enclosed to this Honorable Court. Hoping and praying that it will be accepted.

## CONCLUSION

Plaintiff hopes and prays that this motion will be granted based upon all of the above stated reasons.

Respectfully submitted,

Norris Williams
Reg.# 33221-018
FCI Coleman-MED
P.O. Box 1032
Coleman, FL 33521-1032

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion has been sent to the United States District Court For The District Of Columbia; and to the U.S. Department of Justice, on this 31 day of January, 2021.

Mail Box Rule
**Lack v. Houston**, 487 U.S. 266 (1988)
COVID-19 virus is slowing the mail and some of it is never being mailed for the same reason.

Norris Wiliams

3

# ATTACHMENT "A"

Plaintiff Status Report

United States District Court
For The District Of Columbia

NORRIS WILLIAMS )
         Plaintiff, )
 )
V. )
 )
 )
 )
 )
U.S. DEPARTMENT OF JUSTICE )

CIV. No.19-0104(RBW)

## PLAINTIFF STATUS REPORT

Come Now Plaintiff Norris Williams "Plaintiff" Who file this motion Pro Se prays that this court Construe this motion Liberally See Haines V Kerner 404 U.S. 519 (1972).Plaintiff filed this initial pleading in 2019 in which Plaintiff sought files recordings that were excluded from trial This court have ruled that Defendant "Must hand over all responsive materials pertaining to the initial claim"see DE 20 Defendant have **NOT handed over the documents in which this court have ordered the Defendant to do.**This action is a violation of Plaintiff's rights ased on Federal Rule of civil procedure 34 (a)(1)(a)because Plaintiff was not only ordered to receive such documents the Defendant stated they received the

1

documents in which they initially stated was unavailable. The Defendant uses COVID-19 as an excuse the avoid the Fact that not providing **COURT ORDERED** Documentation not only violates Plaintiff's right but also is a Miscarriage of Justice Plaintiff would like the record to reflect that **HE HAVE NOT RECEIVED**. Defendants request dated 9/15/20 Defendant request the following:

1) Confirm receipt of Materials:

NO Plaintiff have not received **"ANY"Materials pertaining to the initial request Dated 6/30/20 nor is there Documentation that there was any filings on the Docket Entry**

2) Raise *any* outstanding issues:

**Plaintiff would like to Renew that *FACT that plaintiff would like to go to trial because plaintiff due process rights are being violated when Defendants claim they delivered documentation that was not delivered***

3) *Indicate whether he is satisfied with the production and prepared to dismiss the matter;or(Plaintiff would like to address each issue separately)*

2

*Plaintiff would like to state for the Record that he is not satisfied with the proceedings until ALL RESPONSIVE RECORDS received from the DEFENDANTS in its ENTIRETY.The defendant stated that due to COVID 19 that there have been limited operations however Plaintiff is ordered to file a response without any considerations as to the conditions of the prison in which Plaintiff is being held Plaintiff needs the Documents and the Tapes in which Defendant have "not" delivered*

*(4)Identify any bases he contests such that the briefing of summary judgement,if necessary,can be narrowed to that which is genuinely in dispute.*There is Material Dispute that Plaintiff would like to renewed again for the record due to the Fact that Plaintiff have not received the documents in which Plaintiff have initiated this Claim Plaintiff would like to have it stated for the Record that Plaintiff disputes Defendants claim that they have sent the documents and Plaintiff have not received them

Conclusion

Plaintiff brings this statement in good faith to challenge the fact that he have not received the documents plaintiff requests that this court order the Defendant to hand over said documents...

## Certificate Of Service

I Norris Williams certify that a true and correct copy have been sent to the AUSA office on this day 25 of OCT 2020

Respectfully Submitted

Norris Williams 33221-018
FCI Coleman Medium
P.O.BOX 1032
Coleman, Florida 33521

John Moustakas
Assistant United States Attorney
Civil Division
555 4th Street, N.W
Washington D.C 20530

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NORRIS WILLIAMS,
    Plaintiff,

vs.                      Civ. No.: 19-0104(RBW)

U.S. DEPARTMENT OF JUSTICE,
_____/

## MOTION TO RECONSIDER

**COMES NOW**, Plaintiff, NORRIS WILLIAMS, "Mr. Williams" who filed this motion for reconsideration pro se, prays that this Court construes this motion liberally. See **Haines v. Kerner**, 404 U.S. 519 (1972). Mr. Williams brings this motion for reconsideration based on the fact that Mr. Williams is currently incarcerated at Coleman, Federal prison and is locked under COVID-19 protocol. And Mr. Williams was unable to access the legal mail box in a timely manner based on **Houston v. Lack**, 487 U.S. 266 (1988).

### CONCLUSION

Mr. Williams prays that this Court accepts his request to file this motion for reconsideration.

*P.S. Please reconsider Motions was sent B₁ was never recieved.*

Respectfully submitted,

*/s/ Norris Williams*

Norris Williams
Reg.#
FCI Coleman-Medium
P.O. Box 1032
Coleman, Fl. 33521-1032

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing motion has been sent to the AUSA Office on this 3rd day of December of 2020, via U.S. Postal Service and using the inmate mail box.

Sent to:

John Moustakas
AUSA
Civil Division
555 4th St. N.W.
Washington, D.C. 20530

*/s/ Norris Williams*

Norris Williams

**NOTICE TO THE INMATE POPULATION**

FROM:      M.D. Carvajal, Director
           Federal Bureau of Prisons

I am writing this letter to inform you effective Saturday, January 16, 2021, you will be secured in your assigned cells/quarters for precautionary reasons. I know this is frustrating for all of you. I understand this decision directly impacts each of you, as well as your loved ones, and is made with considerable thought in regards to current national events. We must ensure the safety and security of everyone in the BOP. We will continue to monitor events carefully and will adjust operations accordingly as the situation continues to evolve.

Communication with your families is important; thus, you will be provided limited access to phones and email to ensure you can remain in touch. I thank each of you for your understanding and cooperation throughout the COVID-19 pandemic. It has made a difference during this difficult time and your patience and understanding is appreciated.

Please continue to communicate with staff and share your concerns. I remain committed to doing everything I can to help keep all of you healthy and safe.

Thank you.