## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS WILIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 19-0104 (RBW) |
| U.S. DEPARTMENT OF JUSTICE | ) | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE SUMMARY JUDGMENT MOTION

Defendant, United States Department of Justice ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests extension of time of 45 days until May 10, 2021. This is Defendant's first request for an extension of the deadline for its motion for summary judgment. The requested extension is made in good faith and, although regrettably occasioning delay, is not made for that purpose. Because of Plaintiff's status, Defendant was unable to meet and confer so as to solicit his consent to the motion. The motion is supported by good cause.

Despite its diligent efforts, Defendant is unable to meet the current deadline for submission of its motion for summary judgment. The ordinary press of a workload that includes approximately 90 active cases has been made considerably more difficult by the circumstances of the COVID-19 pandemic. Working remotely has increased the time to meet virtually every obligation and deadline. Collaborating is far more cumbersome. Cases such as this which involve material transmitted by mail poses great difficulties as mailed materials rarely make their way to counsel. Technology issues multiplied by the presence of far more users on networks designed for far fewer are regular occurrences and absorb extra hours each week to resolve – especially since the same number of IT staff are attempting to cover far more service calls than ever. Because none of the responsibilities for briefing motions and appeals subside, their cumulative effect merely raises the ever-burgeoning

1

In addition to these problems, undersigned counsel unfamiliarity with the above-captioned matter, as well as its paper transfer to counsel during a pandemic, has proved difficult. Among other things, until recently counsel had not managed to connect with agency counsel. The recent presence of another incarcerated *pro se* FOIA case captioned *Williams v. Department of Justice* – since dismissed – did not help matters.

Because of the procedural posture of the case, including the recent revival of the case at a time that undersigned counsel was distracted by multiple competing dispositive motions, the new briefing schedule went unnoticed for some time. Counsel has a dim recollection of seeing the notice and making a note to investigate why *Williams* was being reinstituted. But with no pressing deadline appearing, followup was regrettably left to another time and ultimately lost to the press of other matters. By the time counsel had occasion to return to investigate – both to learn **which** *Williams* case and to drill down into the attachment to reveal a briefing schedule – there was insufficient time to prepare the declaration and *Vaughn* index, once agency counsel was identified.

Counsel regrets not having sought relief from the deadline sooner and can only add that the date and time of the request is a sign of the difficulty meeting deadlines in a time of increasing obligations and diminishing resources. Indeed, although this relatively brief motion – briefly delayed in deference to reply brief due on March 26, 2021 – was commenced in sufficient time to be made within the midnight filing deadline, a loss of VPN access and subsequent delay in reconnecting has resulted in the deadline passing.

For these reasons, Defendant respectfully requests an extension of 60 days, until May 25, 2021, to file its motion for summary judgment.[1]

---

[1] Although Monday, May 24, 2021 is the 60th day from the current deadline, in light of new procedures in the Civil Division of the United States Attorney's Office that require a second-level review by the Acting Chief, Monday filings have become fraught with challenges.

Dated:  March 25, 2021

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ John Moustakas*
John Moustakas, D.C. Bar No. 442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Motion has been made by first-class mail on March 26, 2021, to:

NORRIS WILLIAMS
R33221-018
FCI COLEMAN MEDIUM
P.O. Box 1032
Coleman, FL 33521-1032

*Pro se* Plaintiff

/s/   *John Moustakas*
John Moustakas
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS WILIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 19-0104 (RBW) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE | ) | |
| | ) | |

### (PROPOSED) ORDER

Upon consideration of Defendant's Motion for Extension of Time, and the entire record

herein, it is hereby

**ORDERED** that, for good cause shown, the Motion is GRANTED and the current

Summary Judgment briefing schedule shall be amended as follows:

| Filing | Proposed New Deadline |
|---|---|
| Defendant's Motion for Summary Judgment | May 24, 2021 |
| Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment, if any | July 5, 2021 |
| Defendant's Reply in Support of Summary Judgment and Opposition to Plaintiffs' Cross-Motion for Summary Judgment, if one is filed | August 2, 2021 |
| Plaintiffs' Reply in Support of Cross-Motion for Summary Judgment, if one has been filed | August 30, 2021 |

Dated:

_____
UNITED STATES DISTRICT JUDGE

4