*Leave to file is granted*
*Judge Walton*
*7/7/21*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


NORRIS WILLIAMS
        PLAINTIFF,

                                                              CASE NO. 19-104(RBW)

v.

DEPARTMENT OF JUSTICE
        DEFENDANT,


## MOTION TO STRIKE
## DEFENDANTS
## REQUEST FOR SUMMARY JUDGMENT.

Comes now Plaintiff, Norris Williams "Mr. Williams" who files this motion *Pro se prays* that this court construe this motion liberally *see* Haines v. Kerner 404 U.S. 519 (1972). Mr. Williams move to strike the Defendants response for Numerous reasons.

A. Mr. Williams have never received full disclosure of the materials in which the Mr. Williams request

B. The defendant did not send the following
Affidavits, sworn statements nor anything defendant was ordered to release to Mr. Williams

Mr. Williams in previous filings requested for a trial based on the issues that were presented before the court because the defendant have constantly violated Mr. Williams rights by not adhering to the rules of civil procedure. Mr. Williams request Summary Judgment because there is a dispute of Material fact based on the ruling of this court. On January 8, 2020, the court ordered the Defendant to turn over all documents that were in Defendant's possession. The defendant only released *some of the record not complete disclosure*. According to Federal rule of civil procedure 56 Summary judgment is awarded to the plaintiff or a party once they can prove

*Never received* the plaintiffs status report. See Exhibit "B" as proof that the plaintiff did send a status report to the defendant.

4) Mr. Williams would state for the record that he is not satisfied with the proceedings until ALL RESPONSIVE RECORDS ARE RECEIVED IN ITS ENTIRETY.

5) The defendant stated that due to Covid-19 that there have been *"limited operations" how ever* Mr. Williams is in Federal Prison in which is in Limited operation and have not access to the mailroom that puts Mr. Williams in a position where he is not only prejudiced but bias as to effectively filing a response to the courts request.

6) Mr. Williams for the record would like this court to document the facts stated here in he is not satisfied with what the Defendant has submitted and would like to make a renewed request for Jury trial.

7) Mr. Williams renews the request for Jury trial as requested before also move to strike to Defendants request for Summary judgement.

## Conclusion

Mr. Williams prays that this court Orders the Defendant to turn over ALL responsive records NOT PART to Mr. Williams in its entirety.

## Certificate of Service

I Norris Williams certify that a true and correct copy have been sent to AUSA office on this day of 25 June 2021

*Norris Williams*

John Moustakas
Assistant United States Attorney
Civil Division
555 4th Street N.W
Washington D.C 20530