UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORRIS WILIAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 19-0104 (RBW) |
| U.S. DEPARTMENT OF JUSTICE | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant, United States Department of Justice ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully requests an additional extension of 21 days until June 9, 2022. Because of Plaintiff's current status, his consent to this extension could not be solicited. The motion is supported by good cause, beyond undersigned counsel's control.

The case file in this matter – kept only in electronic format – cannot be located. Much of this day has been spent trying to find it. A confluence of factors have complicated the search. The United States Attorney's Office has moved to a new location. Network resources – including the location of files – have also changed this past weekend to create more file space. Despite promises that the remapping of drives should appear seamless, that has not proven the case with respect to the file in this case, which was inherited from a predecessor and even since been used to store all of the work product generated by the United States Attorney's Office on this case. The IT Department has been working with

1

undersigned counsel in an effort to restore the file form a backup, but those efforts have yet to find the file, which has been untethered from the network shortcut to which it was previously assigned. Finally, owing to malfunctions of his government provided equipment, counsel's laptop was recently replaced, creating additional difficulties.

Undersigned counsel regrets the inconvenience. Because of the timing of the mishap and the investment of time attempting to recover missing files, undersigned counsel did not have an opportunity to assess the impact on preparing the renewed summary judgment motion from scratch, in the event that the file is not found. However, because of the relatively narrow task that remains, undersigned counsel believes in good faith that that the renewed motion could be submitted within 21 days, even if the folder and oethw related files are not located.

Defendant respectfully requests an extension of time until June 9, 2022 to file its motion.

Dated:  May 19, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/*s/ John Moustakas*
John Moustakas, D.C. Bar #442076
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that service of the foregoing Motion has been made by first- class mail on May 19, 2022, to:

NORRIS WILLIAMS
R33221-018
FCI COLEMAN MEDIUM
P.O. Box 1032
Coleman, FL 33521-1032

By:
*John Moustakas*
John Moustakas
Assistant United States Attorney