UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORRIS WILIAMS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. A. No. 19-0104 (RBW) |
| | ) | |
| U.S. DEP'T OF JUSTICE | ) | |
| Defendant. | ) | |

## ERRATA

Defendant, United States Department of Justice ("Defendant"), by and through undersigned counsel, respectfully submits this Errata to correct its earlier filing, which inadvertently omitted the *Vaughn* Index that was intended to be attached to the Supplemental Declaration of Angela D. Hertel. The *Vaughn* Index – which was referenced 17 times between the Declaration and the Memorandum of Points and Authorities – is attached hereto. Defendant respectfully requests that it be lodged on the docket as ECF No. 43-2 – that is, as an attachment to the Supplemental Declaration of Angela D. Hertel.

Dated: June 10, 2022

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN HUDAK
Chief, Civil Division

/*s*/ *John Moustakas*
John Moustakas, D.C. Bar #442076
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2518
john.moustakas@usdoj.gov

*Counsel for Defendant*

1

## **CERTIFICATE OF SERVICE**

  THIS IS TO CERTIFY that service of the foregoing Errata – as well as the Renewed Motion for Summary Judgment – have been made by first-class mail on June 10, 2022 to:

NORRIS WILLIAMS
R33221-018
FCI COLEMAN MEDIUM
P.O. Box 1032
Coleman, FL 33521-1032

*Pro se* Plaintiff

            /s/   *John Moustakas*
            John Moustakas
            Assistant United States Attorney