# EXHIBIT A

*Norris Williams v. Department of Justice*
Civil Action No. 19-cv-0104
United States District Court, District of Columbia
*Vaughn* Index

This index contains a description of the 251 pages of records withheld in full or released in part by DEA pursuant to Freedom of Information Act (FOIA) Exemptions 6, 7C, 7D, 7E, and 7F. For clarity of presentation, the records in this *Vaughn* Index are keyed to document categories. The descriptions of each record within this index are meant to be read in tandem with the declaration, which provides a more fulsome explanation of the basis for withholding the information at issue.

| **SUMMARY OF JUSTIFICATION CATEGORIES** | | |
|---|---|---|
| **CODED CATEGORIES** | **CODE** | **CATEGORY OF INFORMATION WITHHELD** |
| (b)(6) & (b)(7)(C) | | **CLEARLY UNWARRANTED AND UNWARRANTED INVASION OF PERSONAL PRIVACY** |
| | 1 | Names, Addresses, Telephone Numbers, Contact Information, and/or Identifying Information of DEA Special Agents and Support Personnel |
| | 2 | Names, Addresses, Telephone Numbers, Contact Information, and/or Identifying Information of Third Parties |
| | 3 | Names, Addresses, Telephone Numbers, Contact Information, and/or Identifying Information Concerning Local Law Enforcement Personnel |
| (b)(7)(D) | | **CONFIDENTIAL SOURCE MATERIAL** |
| | 1 | Confidential Source Symbol Numbers (Express Confidentiality) |
| | 2 | Names, Addresses, Telephone Numbers, and/or Identifying Information of Third Parties who Provided Information to the DEA under an "Express" and/or "Implied" Assurance of Confidentiality, Confidential Source File Numbers, and Information Provided by and/or Identifying Data Concerning Source Symbol Numbered Informants under an Express Promise of Confidentiality |
| (b)(7)(E) | | **INVESTIGATIVE TECHNIQUE OR PROCEDURE** |
| | 1 | Identifying Information of Internal Indexing/Numbering Systems: Other Law Enforcement Codes |
| | 2 | Identifying Information of Internal Indexing/Numbering Systems: File Number |
| | 3 | Identifying Information of Internal Indexing/Numbering Systems: Case G-DEP Identifier/Identifying Information |
| | 4 | Identifying Information of Internal Indexing/Numbering Systems: NADDIS. |
| | 5 | Identifying Information of Internal Indexing/Numbering Systems: Arrest Office or Agent Identifier |

| | | |
|---|---|---|
| | 6 | Identifying Information for Investigative Techniques that Are Not Known to the Public |
| | 7 | Identifying Information of Internal Indexing/Numbering Systems: National Crime Information Center (NCIC) |
| | 8 | Undercover Recordings |
| (b)(7)(F) | | **INFORMATION THAT COULD REASONABLY BE EXPECTED TO ENDAGER THE LIFE OR PHYSICAL SAFETY OF AN INDIVIDUAL** |
| | 1 | Names, Addresses, Telephone Numbers, Contact Information, and/or Identifying Information of DEA Special Agents and/or Local Law Enforcement Officers |
| | 2 | Identifying Information of Internal Indexing/Numbering Systems: Group No. |

A. **February 6, 2020 Initial Response—Records Withheld in Full, Pursuant to Exemptions 6 & 7(C)-(F)**

| | No. of Pages | Document | Applied Exemptions | Code | Description of Withheld Documents |
|---|---|---|---|---|---|
| #1 | 2 | DEA-202, Personal History Report | (b)(6);(b)(7)(C) | 1, 2 | DEA-202, Personal History Report, September 2014. These pages are withheld in full pursuant Exemptions (b)(6) and (7)(C) because the subject of the form is not the Plaintiff. Portions of the records are also covered by Exemptions (7)(D), (7)(E), and (7)(F). |
| | | | (b)(7)(D) | 2 | |
| | | | (b)(7)(E) | 1, 2, 3, 4 | |
| | | | (b)(7)(F) | 1, 2 | |
| #2 | 6 | DEA-6, Report of Investigation | (b)(6);(b)(7)(C) | 1, 2, 3 | DEA-6, Report of Investigation, February 2015 and November 2014. These pages are withheld in full pursuant Exemption (7)(D) because they discuss a confidential source(s). Portions of the records are also covered by Exemptions (b)(6), (7)(C), (7)(E), and (7)(F). |
| | | | (b)(7)(D) | 1, 2 | |
| | | | (b)(7)(E) | 2, 3, 4 | |
| | | | (b)(7)(F) | 1, 2 | |

B. **February 6, 2020 Initial Response—Records Released in Part, Pursuant to Exemptions 6 & 7(C)-(F)**

| | Page Nos. | No. of Pages | Document | Applied Exemptions | Code | Description of Documents |
|---|---|---|---|---|---|---|
| #3 | 1 | 1 | DEA-210, Defendant Disposition Report | (b)(6);(b)(7)(C) | 1 | DEA-210, Defendant Disposition Report, October 2016. |
| | | | | (b)(7)(E) | 1, 2, 3, 4, 7 | |
| | | | | (b)(7)(F) | 1, 2 | |
| #4 | 2-4 | 3 | DEA-202, Personal History Report | (b)(6);(b)(7)(C) | 1, 2 | DEA-202, Personal History Report, October 2015. |
| | | | | (b)(7)(E) | 1, 2, 3, 4, 5 | |

| | | | | (b)(7)(F) | 1, 2 | |
|---|---|---|---|---|---|---|
| #5 | 7-13; 16-36; 41-45 | 33 | DEA-6, Report ofInvestigation | (b)(6);(b)(7)(C) | 1, 2, 3 | DEA-6, Report of Investigation, dated November 2014 through October 2016. |
| | | | | (b)(7)(E) | 2, 3, 4 | |
| | | | | (b)(7)(F) | 1, 2 | |

C. **June 30, 2020 Final Response— Records Withheld in Full, Pursuant to Exemptions 6 & 7(C)-(F)**

| | No. of Pages | Document | Applied Exemptions | Code | Description of Withheld Documents |
|---|---|---|---|---|---|
| #6 | 1 | DEA-7, Report of Drug Property Collected, Purchased, or Seized | (b)(6);(b)(7)(C) | 1, 2 | DEA-7, Report of Drug Property Collected, Purchased, or Seized, October 2014. This page is withheld in full pursuant Exemption (7)(D) because it concerns a confidential source(s). Portions of the record is also covered by Exemptions (b)(6), (7)(C), (7)(E), and (7)(F). |
| | | | (b)(7)(D) | 1, 2 | |
| | | | (b)(7)(E) | 1, 2, 3 | |
| | | | (b)(7)(F) | 1, 2 | |
| #7 | 1 | DEA-7, Report of Drug Property Collected, Purchased, or Seized | (b)(6);(b)(7)(C) | 1, 2, 3 | DEA-7, Report of Drug Property Collected, Purchased, or Seized, November 2014. These pages are withheld in full pursuant Exemptions (b)(6) and (7)(C) because subject of the form is not the Plaintiff. Portions of the records are also covered by Exemptions (7)(E), and (7)(F). |
| | | | (b)(7)(E) | 1, 2, 3 | |
| | | | (b)(7)(F) | 1, 2 | |
| #8 | 3 | DEA-6, Report of Investigation | (b)(6);(b)(7)(C) | 1, 2, 3 | DEA-6, Report of Investigation, May 2016 and March 2015. These pages are withheld in full pursuant Exemptions (b)(6) and (7)(C) because subject of the form is not the Plaintiff. Portions of the records are also covered by Exemptions (7)(E), and (7)(F). |
| | | | (b)(7)(E) | 2, 3, 4 | |
| | | | (b)(7)(F) | 1, 2 | |
| #9 | 30 | DEA-6, Report of Investigation | (b)(6);(b)(7)(C) | 1, 2, 3 | DEA-6, Report of Investigation, dated September 2014 through September 2016. These pages are withheld in full pursuant Exemption (7)(D) because they concern a confidential source(s). Portions of the records are also coveredby Exemptions (b)(6), (7)(C), (7)(E), and (7)(F). |
| | | | (b)(7)(D) | 1, 2 | |
| | | | (b)(7)(E) | 2, 3, 4 | |
| | | | (b)(7)(F) | 1, 2 | |
| #10 | 2 | DEA Memorandum | (b)(6);(b)(7)(C) | 1 | DEA Memorandum and DEA-12, Receipt for Cash or Other Items, July 2015.These pages are withheld in full pursuant Exemption (7)(E) because the documents discuss a law enforcement technique that is not known to the public. Portions of the records are also covered by Exemptions (b)(6), (7)(C), and (7)(F). |
| | | | (b)(7)(E) | 2, 3, 6 | |
| | | | (b)(7)(F) | 1 | |
| #11 | 12 | DEA-284, Authorization | (b)(6);(b)(7)(C) | 1, 3 | DEA-284, Authorization for Use and Report of Use of Consensual Eavesdropping and/or CC TV Equipment, dated September 2014 through October 2015. These pages are withheld in full pursuant Exemption (7)(E) because the documents discuss a law enforcement technique that is not known |
| | | | (b)(7)(D) | 1, 2 | |
| | | | (b)(7)(E) | 2, 3, 6 | |
| | | | (b)(7)(F) | 1 | |

|  | Page Nos. | No. of Pages | Document | Applied Exemptions | Code | Description of Documents |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | to the public. Portions of the records are also covered by Exemptions (b)(6), (7)(C), (7)(D), and (7)(F). |
| #12 | 2 |  | Photograph | (b)(6);(b)(7)(C) | 2 | Surveillance Photographs. These pages are withheld in full pursuant to Exemption (b)(6) and (7)(C) because they do not contain images of the Plaintiff or the Plaintiff's vehicle. |

### D. June 30, 2020 Final Response—Records Released in Part, Pursuant to Exemptions 6 & 7(C)-(F)

|  | Page Nos. | No. of Pages | Document | Applied Exemptions | Code | Description of Documents |
|---|---|---|---|---|---|---|
| #13 | 46 | 1 | DEA-48a, Disposition of Nondrug Evidence | (b)(6);(b)(7)(C) | 1 | DEA-48a, Disposition of Nondrug Evidence, October 2015. |
|  |  |  |  | (b)(7)(E) | 2, 3 |  |
|  |  |  |  | (b)(7)(F) | 1 |  |
| #14 | 48; 50 | 2 | DEA-7, Report of Drug Property Collected, Purchased, or Seized | (b)(6);(b)(7)(C) | 1, 3 | DEA-7, Report of Drug Property Collected, Purchased, or Seized, November 2014 and December 2014. |
|  |  |  |  | (b)(7)(E) | 1, 2, 3 |  |
|  |  |  |  | (b)(7)(F) | 1, 2 |  |
| #15 | 51 | 1 | Photograph | (b)(7)(E) | 2 | Photograph of Drug Exhibit. |
| #16 | 52-58 | 7 | DEA-7, Report of Drug Property Collected, Purchased, or Seized | (b)(6);(b)(7)(C) | 1, 3 | DEA-7, Report of Drug Property Collected, Purchases, or Seized, dated February 2015 through October 2015. |
|  |  |  |  | (b)(7)(E) | 1, 2, 3 |  |
|  |  |  |  | (b)(7)(F) | 1, 2 |  |
| #17 | 59-69 | 11 | DEA-7a, Acquisition of Nondrug Property Seizures | (b)(6);(b)(7)(C) | 1, 3 | DEA-7a, Acquisition of Nondrug Property Seizures, dated November 2014 through November 2015. |
|  |  |  |  | (b)(7)(E) | 2, 3 |  |
|  |  |  |  | (b)(7)(F) | 1, 2 |  |
| #18 | 70-83 | 13 | DEA-113, Laboratory Form | (b)(6);(b)(7)(C) | 1 | DEA-113, Chemical Analysis Report, dated December 2014 through May 2016. |
|  |  |  |  | (b)(7)(E) | 2 |  |
|  |  |  |  | (b)(7)(F) | 1 |  |
| #19 | 84-85 | 2 | DEA-202, Personal History Report | (b)(6);(b)(7)(C) | 1, 2 | DEA-202, Personal History Report, September 2014. |
|  |  |  |  | (b)(7)(E) | 1, 2, 3, 4 |  |
|  |  |  |  | (b)(7)(F) | 1 |  |
| #20 | 86-92; 95-96; 98-102; 108-111; 135-138 | 22 | DEA-6, Report of Investigation | (b)(6);(b)(7)(C) | 1, 3 | DEA-6, Report of Investigation, dated November 2014 through December 2017. |
|  |  |  |  | (b)(7)(E) | 2, 3, 4 |  |
|  |  |  |  | (b)(7)(F) | 1, 2 |  |

| # | Pages | Count | Document | Exemption | Basis | Description |
|---|---|---|---|---|---|---|
| #21 | 143 | 1 | Deposit Slip | (b)(6);(b)(7)(C) | 1 | Deposit slip of seized currency for the purposes of the investigation, October 2015. |
| | | | | (b)(7)(F) | 1 | |
| #22 | 144 | 1 | Itemized Sale Receipt | (b)(6);(b)(7)(C) | 1 | Bank teller receipt, October 2015. |
| | | | | (b)(7)(F) | 1 | |
| #23 | 145 | 1 | DEA-12, High Value Item/Currency Seizure | (b)(6);(b)(7)(C) | 1 | High Value Item/Currency Seizure form, October 2015. |
| | | | | (b)(7)(E) | 2 | |
| | | | | (b)(7)(F) | 1 | |
| #24 | 148 | 1 | DEA-12, Receipt for Cash or Other Items | (b)(6);(b)(7)(C) | 1 | DEA-12, Receipt for Cash or Other Items, October 2015. |
| | | | | (b)(7)(E) | 2 | |
| | | | | (b)(7)(F) | 1 | |
| #25 | 149 | 1 | DEA-12, Receipt for Cash or Other Items | (b)(6);(b)(7)(C) | 1 | DEA-12, Receipt for Cash and Other Items. |
| | | | | (b)(7)(E) | 2 | |
| | | | | (b)(7)(F) | 1 | |
| #26 | 162; 165-166 | 3 | Indictment, Case No. 2:15-cr-149, Middle District of Florida | (b)(7)(E) | 2 | Indictment for Plaintiff, Case No. 2:15-cr-149, Middle District of Florida, October 2015. [The remaining two pages (163, 164) were released in full]. |
| | | | | (b)(6);(b)(7)(C) | 2 | |
| #27 | 170-171 | 2 | Search and Seizure Warrant, Case No. 2:15-mj-1127, Middle District of Florida | (b)(6);(b)(7)(C) | 1 | Search and Seizure Warrant, Case No. 2:15-mj-1127, Middle District of Florida and Attachments A-B, October 2015. [The remaining three pages (167, 168, and 169) were released in full]. |
| | | | | (b)(7)(F) | 1 | |
| #28 | 172 | 1 | Application for a Search Warrant, Case No. 2:15-mj-1127, Middle District of Florida | (b)(6);(b)(7)(C) | 1 | Application for a Search Warrant, Case No. 2:15-mj-1127, Middle District of Florida, October 2015. |
| | | | | (b)(7)(F) | 1 | |
| #29 | 173-179 | 7 | Affidavit | (b)(6);(b)(7)(C) | 1, 3 | Affidavit describing nature of charges against Plaintiff, October 2015. |
| | | | | (b)(7)(F) | 1 | |
| #30 | 180-193; 195-214; 216 | 35 | Transcript of Cell Call Recording | (b)(6);(b)(7)(C) | 1, 2, 3 | Transcript of Cell Call Recordings and Undercover Meetings, dated November 2014 through October 2015. |
| | | | | (b)(7)(E) | 2 | |
| | | | | (b)(7)(F) | 1 | |
| #31 | 217-233; 235-237 | 20 | Declaration of Forfeiture | (b)(6);(b)(7)(C) | 1, 3 | Declaration of Forfeiture and Related Forfeiture Records, including Equitable Sharing Documents and U.S. Marshals Service Seized Property Evidence Control Form, dated October 2015 through January 2016. [The remaining one page (234) was released in full]. |
| | | | | (b)(7)(E) | 2, 3, 5, 7 | |
| | | | | (b)(7)(F) | 1, 2 | |

| #32 | 244; 247; 249-250; 254-261; 308-310; 313 | 16 | Photograph | (b)(6);(b)(7)(C) | 2 | Surveillance and Search Photographs. |
|---|---|---|---|---|---|---|
| #33 | 272-273; 285-286 | 4 | Photograph | (b)(6);(b)(7)(C) | 1, 2 | Surveillance and Search Photographs. |
|  |  |  |  | (b)(7)(F) | 1 |  |
| #34 | 334-335 | 2 | Photograph | (b)(7)(E) | 2 | Photographs of Drug Exhibits. |

**E. June 30, 2020 Final Response—Records Withheld in Full, Pursuant to Exemptions 6 & 7(C)-(F)**

|  | Record | No. of Pages | Type | Applied Exemptions | Code | Description of Withheld Records |
|---|---|---|---|---|---|---|
| #35 | Audio/Visual | N/A | CD | (b)(6);(b)(7)(C) | 1 | These audio and video files document the surveillance of Plaintiff during the drug trafficking investigation that led to his arrest and conviction, including recordings of undercover operations and were withheld in full under Exemption (7)(E). Portions of the recordings would also have been covered by Exemptions (b)(6), (7)(C), and (7)(F). |
|  |  |  |  | (b)(7)(E) | 8 |  |
|  |  |  |  | (b)(7)(F) | 1 |  |