United States District
and Bankruptcy Court
for the District of Columbia

Norris Williams,
    Plaintiff,

v

Department of Justice,
    Defendant.

Civil Action No. 19-0104 (RBW)

## Motion for an Extension of time

Comes Now the Plaintiff, Norris Williams, Pro Se, who moves this Court to grant a thirty (30) day extension of time to respond to this Courts order, docket entry 45, due to a saverly limited access to the Coleman Mediums legal recorses. This facility is curently running under COVID-19 BOP Red conditions.

In addition to the above the Plaintiff is a layman of the law and unskilled in its practice and requests the Court construe this liberaly under Hains v Kerner, 404 U.S. 519 (1972).

Respectfully,

Norris Williams

Norris Williams
FCI Coleman Medium Unit B2
POB 1032
Coleman, FL 33521-1032

RECEIVED
Mail Room
JUL 11 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## CERTIFICATE OF SERVICE

I, _Norris Williams_, hereby declare under penalties of perjury (18 U.S.C. 1746), that a true and correct copy of the foregoing was mailed via the U.S.P.S. with first class postage prepaid and placed in the prison mailing system on the _4_ day of _JULY_, 20_22_. Copies (if copies were sent) were mailed to the addresses below. I request that the Clerk of Court notify any and all other interested parties via the CM/ECF system.

Addresses:

_U.S. District_
_AND Bankruptcy ct._
_Office of the Clerk_
_E. Barrett Prettyman Ct._
_Washington, D.C. 20001_

_Norris Williams_
[ Oath and Affirmation ]
Reg#_____
FCI Coleman - Medium
P.O. Box 1032
Coleman, FL 33521-1032